UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VINCENT TANG,<br><br>        Plaintiff,<br><br>- against -<br><br>WILSON TANG and NOM WAH DIM SUM PARLOR INC.,<br><br>        Defendants. | **ORDER**<br><br>22 Civ. 5736 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

    The initial pre-trial conference in this matter, currently scheduled for October 6, 2022, is adjourned to **December 1, 2022 at 11:45 a.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.

    The parties will submit their joint letter and proposed Case Management Plan in accordance with this Court's previous order (see Dkt. No. 9) by **November 23, 2022**.

Dated: New York, New York
     September 29, 2022

                      SO ORDERED.

                      _____
                      Paul G. Gardephe
                      United States District Judge