January 11, 2023

**VIA ECF**

The Honorable Paul G. Gardephe, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 705
New York, NY 10007

      Re:    Joint Letter in *Tang v. Tang*, No. 22 Civ. 5736 (PGG) (S.D.N.Y.)

Dear Judge Gardephe:

      Plaintiff Vincent Tang and Defendant Wilson Tang respectfully submit this joint letter to update the Court on the Parties' anticipated out-of-court mediation, and to request an adjournment of the January 19, 2023 initial pretrial conference calendared in this action. *See* ECF No. 26. The Parties have agreed to a mediator and have scheduled the mediation to occur on February 8, 2023.

      The Parties continue to believe that mediation will be productive and potentially obviate the necessity of further litigation. Accordingly, the Parties respectfully request that the Court adjourn the January 19, 2023 pretrial conference and continue to refrain from scheduling a pre-motion conference on Defendant's anticipated motion to dismiss, *see* ECF Nos. 21, 24, until after the anticipated mediation can occur. Should the need for a civil conference with the Court remain after the Parties' mediation, the Parties have conferred and are available to appear on Thursday, February 23, or any Thursday thereafter that the Court orders. The Parties will update the Court once the February 8 mediation has taken place.

      Respectfully submitted,

Hon. Paul G. Gardephe
Page 2

|  |  |
|---|---|
| CAHILL GORDON & REINDEL, LLP | GIBSON, DUNN & CRUTCHER LLP |
| By: /s/ *Michael B. Weiss* | By: /s/ *Orin Snyder* |
| Michael B. Weiss<br>Paul G. D. Morales<br>CAHILL GORDON & REINDEL LLP<br>32 Old Slip<br>New York, NY 10005<br>Telephone: 212-701-3000<br>mweiss@cahill.com<br>pgmorales@cahill.com<br><br>David Dong Ann Lin<br>LEWIS & LIN, LLC<br>77 Sands Street, 6th Floor<br>Brooklyn, NY 11201<br>Telephone: 718-243-9323<br>david@ilawco.com<br><br>*Counsel for Plaintiff Vincent Tang* | Orin Snyder<br>Brian C. Ascher<br>David P. Salant<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: 212.351.3989<br>OSnyder@gibsondunn.com<br>BAscher@gibsondunn.com<br>DSalant@gibsondunn.com<br><br>*Counsel for Defendant Wilson Tang* |

cc:    All Counsel of Record (via ECF)

**MEMO ENDORSED:** The conference scheduled for January 19, 2023, is adjourned to February 23, 2023 at 10:00 a.m. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. The parties will submit a joint letter two days after the mediation conference occurs updating the Court on the status of this case.

SO ORDERED.

*[signature: Paul G. Gardephe]*

Paul G. Gardephe
United States District Judge
Date: January 13, 2023