March 20, 2023

**VIA ECF**

The Honorable Paul G. Gardephe, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 705
New York, NY 10007

Re:     Joint Letter in  *Tang* v. *Tang*, No. 22 Civ. 5736 (PGG) (S.D.N.Y.)

Dear Judge Gardephe:

      Plaintiff Vincent Tang and Defendant Wilson Tang respectfully submit this joint letter to provide an update on the Parties' out-of-court mediation and settlement discussions.  In their previous status letter dated February 27, 2023, *see* ECF No. 31, the Parties reported that a first mediation session had been held, and that a follow-up mediation session had been scheduled for March 16.  The Parties adjourned the March 16 session in order to exchange written settlement proposals, and have since done so.  The Parties intend to discuss these proposals directly through counsel, and to schedule a second mediation session as necessary.

      In light of the on-going settlement talks, the Parties continue to believe that a settled resolution of this matter is possible.  Accordingly, the Parties request an adjournment of the pretrial conference presently calendared for April 6, *see* ECF No. 30, until Thursday, May 11, or any Thursday thereafter that the Court orders.  The Parties will submit a joint letter no later than one week before the rescheduled pretrial conference updating the Court on the status of the case and possibility of settlement.

      Respectfully submitted,

Hon. Paul G. Gardephe
Page 2

| | |
|---|---|
| CAHILL GORDON & REINDEL, LLP | GIBSON, DUNN & CRUTCHER LLP |
| By: /s/ *Michael B. Weiss* | By: /s/ *Brian C. Ascher* |
| Michael B. Weiss<br>Paul G. D. Morales<br>CAHILL GORDON & REINDEL LLP<br>32 Old Slip<br>New York, NY 10005<br>Telephone: 212-701-3000<br>mweiss@cahill.com<br>pgmorales@cahill.com<br><br>David Dong Ann Lin<br>LEWIS & LIN, LLC<br>77 Sands Street, 6th Floor<br>Brooklyn, NY 11201<br>Telephone: 718-243-9323<br>david@ilawco.com<br><br>*Counsel for Plaintiff Vincent Tang* | Orin Snyder<br>Brian C. Ascher<br>David P. Salant<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: 212.351.3989<br>OSnyder@gibsondunn.com<br>BAscher@gibsondunn.com<br>DSalant@gibsondunn.com<br><br>*Counsel for Defendant Wilson Tang* |

cc: All Counsel of Record (via ECF)

**MEMO ENDORSED:** The conference scheduled for April 6, 2023 is adjourned to May 11, 2023 at 11:15 a.m. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. The parties will submit a joint letter updating the Court on the progress of settlement talks by May 8, 2023.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
Date: March 28, 2023