October 25, 2023

**VIA ECF**

The Honorable Paul G. Gardephe, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 705
New York, NY 10007

SO ORDERED.

*[signature: Paul G. Gardephe]*

Paul G. Gardephe
United States District Judge
Dated: October 27, 2023

Re:   Joint Letter in *Tang* v. *Tang*, No. 22 Civ. 5736 (PGG) (S.

Dear Judge Gardephe:

    Plaintiff Vincent Tang and Defendant Wilson Tang respectfully submit this joint letter to request a temporary adjournment of the order of dismissal (the "Order") entered on May 9, 2023, ECF No. 35. On September 27, the Court granted the Parties' prior request for an adjournment of the Order until October 25, ECF No. 44.

    In their previous joint letter to the Court, dated September 24, the Parties reported that they were continuing to have active discussions on the few remaining outstanding issues to their settlement, and that they were otherwise working cooperatively with neutral corporate counsel to revise the draft the long-form settlement agreement and other documents necessary to effect the Parties' settlement, *see* ECF No. 43. Since then, including in recent days, the Parties and neutral corporate counsel have exchanged near-final versions of the long-form settlement agreement, but as of today that agreement is not yet executed.

    Accordingly, the Parties respectfully request that the Court adjourn the Order's deadline from for approximately 30 days, until November 24, 2023, while the parties finalize and execute their settlement, *see* Fed. R. Civ. P. 6(a)(1)(C). The Parties are hopeful that this will be the final request for an adjournment they make to the Court on this matter.

Respectfully submitted,

Hon. Paul G. Gardephe
Page 2

|  |  |
|---|---|
| CAHILL GORDON & REINDEL, LLP | GIBSON, DUNN & CRUTCHER LLP |

By: /s/ *Paul Morales*  
    Michael B. Weiss  
    Paul G. D. Morales  
    32 Old Slip  
    New York, NY 10005  
    Telephone: 212-701-3000  
    mweiss@cahill.com  
    pgmorales@cahill.com  

    David Dong Ann Lin  
    LEWIS & LIN, LLC  
    77 Sands Street, 6th Floor  
    Brooklyn, NY 11201  
    Telephone: 718-243-9323  
    david@ilawco.com  

    *Counsel for Plaintiff Vincent Tang*

By: /s/ *David Salant*  
    Orin Snyder  
    Brian C. Ascher  
    David P. Salant  
    200 Park Avenue  
    New York, NY 10166  
    Telephone: 212.351.3989  
    OSnyder@gibsondunn.com  
    BAscher@gibsondunn.com  
    DSalant@gibsondunn.com  

    *Counsel for Defendant Wilson Tang*

cc:    All Counsel of Record (via ECF)